5:25-W-58 SPCPRL

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**OCALA DIVISION**

**Lamar Bernard Burno,**

Plaintiff,

v.

**Lake Tech Institute of Public Safety,**

**Lake County Sheriff's Office,**

**Florida Attorney General's Office,**

**Pennsylvania Attorney General's Office**,

Defendants.

**CIVIL RIGHTS COMPLAINT**

(Pursuant to 42 U.S.C. § 1983 and Supporting Case Law)

I. **INTRODUCTION**

This Civil Rights Complaint is submitted by Plaintiff Lamar Bernard Burno pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights under the Fourth, Fifth, Sixth, and Fourteenth Amendments to the U.S. Constitution. These violations include prosecutorial misconduct, racial discrimination, ineffective assistance of counsel, reliance on fabricated and unverified evidence, and procedural errors. Plaintiff seeks declaratory and injunctive relief, monetary damages, and any further relief deemed just and proper by this Court.

II. **JURISDICTION AND VENUE**

  1. Jurisdiction:

This Court has jurisdiction over this matter pursuant to:

   • 28 U.S.C. § 1331 (federal question jurisdiction); and

   • 28 U.S.C. § 1343(a)(3) (civil rights violations).

Venue is proper in this Court under 28 U.S.C. § 1391(b), as the actions giving rise to this complaint occurred in the Middle District of Florida.

## III. PARTIES

1.  Plaintiff:

•   Lamar Bernard Burno, an individual residing at 800 James St., Elizabethtown, NC 28337.

2.  Defendants:

•   Lake Tech Institute of Public Safety, located at 1565 Ken Bragg Way, Tavares, FL 32778.

•   Lake County Sheriff's Office, located at 360 West Ruby St., Tavares, FL 32778.

•   Florida Attorney General's Office, located at 3507 E Frontage Rd., Tampa, FL 33607.

•   Pennsylvania Attorney General's Office, located at 565 Forest Ave., Pittsburgh, PA 15202, United States.

## IV. FACTUAL ALLEGATIONS

1.  Fabricated Affidavit of Probable Cause:

The Florida Department of Law Enforcement (FDLE) initiated Plaintiff's arrest based solely on an anonymous and unverified letter, which served as the sole basis for probable cause. This violated Plaintiff's right to due process as outlined in:

•   Mapp v. Ohio, 367 U.S. 643 (1961): Establishes the exclusionary rule barring illegally obtained evidence.

•   Illinois v. Gates, 462 U.S. 213 (1983): Anonymous tips must meet reliability and corroboration standards, which were absent in this case.

2.  Improper Involvement of the Pennsylvania Attorney General's Office:

The Florida Attorney General's Office forwarded unsubstantiated allegations to Pennsylvania without proper investigation, leading to Plaintiff's wrongful prosecution.

•   Rochin v. California, 342 U.S. 165 (1952): Actions "shocking to the conscience" violate due process.

Malicious claims by Lamont Bershawn, driven by personal jealousy, were accepted without evidence.

• Brady v. Maryland, 373 U.S. 83 (1963): Prosecution must disclose exculpatory evidence, which was not done here.

4. Ineffective Assistance of Counsel:

Plaintiff's trial attorney, Jaimie Washo, failed to call essential witnesses, withheld military records, and offered no opening statement.

• Strickland v. Washington, 466 U.S. 668 (1984): Establishes the standard for ineffective assistance of counsel.

• Gideon v. Wainwright, 372 U.S. 335 (1963): Affirms the right to competent legal representation.

5. Prosecutorial Misconduct:

The prosecution suppressed exculpatory evidence and allowed false testimony, violating Plaintiff's right to a fair trial.

• Kyles v. Whitley, 514 U.S. 419 (1995): Suppressing material evidence violates due process.

• Napue v. Illinois, 360 U.S. 264 (1959): Convictions based on known false testimony violate due process.

6. Racial Discrimination and Threats by Law Enforcement:

Plaintiff faced threats, intimidation, and racial discrimination from law enforcement officials, including Chris DeLibro and Rus Edwards.

• Batson v. Kentucky, 476 U.S. 79 (1986): Prohibits racial discrimination in legal proceedings.

7. Defamatory Testimony by Detective Broomes:

Detective Broomes falsely testified about Plaintiff's military discharge, defaming his character, credibility and stating after his thorough investigation, Plaintiff was discharged from the military because he was pregnant.

8. Post-Trial Obstruction of Justice:

Plaintiff's attorney, Rajan Joshi, requested an evidentiary hearing before Judge Mark Nacke,

## V. **RELIEF REQUESTED**

Plaintiff respectfully requests that this Court:

     1.    Declare that Defendants violated Plaintiff's constitutional rights under the Fourth, Fifth, Sixth, and Fourteenth Amendments.

     2.    Order the immediate dismissal of the charge of uttering a forged document.

     3.    Award compensatory damages for lost career opportunities and earnings following Plaintiff's successful completion of the Florida SOCE Exam.

     4.    Direct the issuance of a certified Florida law enforcement status from the FDLE and provide a certified copy of Plaintiff's SOCE Exam passing score.

     5.    Award any other relief deemed just and proper by this Court.

## VI. **CERTIFICATE OF SERVICE**

I, Lamar Bernard Burno, hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to:

- Lake Tech Institute of Public Safety, 1565 Ken Bragg Way, Tavares, FL 32778.

- Lake County Sheriff's Office, 360 West Ruby St., Tavares, FL 32778.

- Florida Attorney General's Office, 3507 E Frontage Rd., Tampa, FL 33607.

- Pennsylvania Attorney General's Office, 565 Forest Ave., Pittsburgh, PA 15202, United States.

- U.S. Attorney's Office, 400 North Tampa St., Suite 3200, Tampa, FL 33602.

Dated: January 16, 2025.

Respectfully submitted,

*Lamar B. Burno*

Lamar Bernard Burno

800 James St.

Elizabethtown, NC 28337

**From:** FDLE Comments
**Sent:** Monday, December 03, 2012 10:08 AM
**To:** Professionalism Feedback
**Subject:** FW: Comment from internet site user


Please review and respond as you deem appropriate.


**From:** Anonymous[.sender@fdle.state.fl.us] [mailto:Anonymous.sender@fdle.state.fl.us]
**Sent:** Saturday, December 01, 2012 4:47 PM
**To:** FDLE Comments
**Subject:** Comment from internet site user


WebSiteCommentsID: 2551

Your Email Address: minister.in.street@yahoo.com

Your Name: Lamont Burno

Your Phone Number: 2672781875

Your Address / City / State / Zip: 1512 W. Church Rd.

Comments: To whom it may concern, It has been brought to my attention that a recent recruit of SEPSI named Lamar Bernard Burno has recently "Passed" the tests given & have received a certificate from Lake Technical Center for public safety completion. I've read all of the requirements that were necessary to enter into the program. I hereby acknowledge that Lamar B. Burno SSN: 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 has NOT completed a full tour of military training & has NOT graduated from ANY college. Lamar has obtained the same FAKE degrees from "Youngsfield University" as Floridas current Chief of Police. I totally understand his hype into wanting to become a police officer/ state trooper, but I would also feel comfortable knowing (1) that Florida or any other law enforcement agency has fully investigated the backgrounds of their proposed employees (2) that the person carrying a gun/ firearm did so WITHOUT falsifying or fabricating documentation. Lamar has a terrible anger management problem, but would lie at all cost to be a law enforcement official. Lamar has also been convicted of (1) Simple Assault in Pa. (2) carrying a concealed weapon on casino property - NJ in which he was arrested & received probation. It is with my EVERY regard that this situation is NOT handled lightly. If this is NOT the correct authority to present this issue to please forward this email to the correct office. I think this is TOTALLY unfair to an individual who has better qualifications to be an officer of law.

Form inserted: 12/1/2012 4:47:28 PM

*In the Court of Common Pleas of Philadelphia County*

*In Re School District of Philadelphia  :  July Term 2000*

*Philadelphia School Police Officer        :  Misc. #001729*

# OATH OF OFFICE

I, _Lamar Burno,_ do solemnly swear (or affirm) that

*I will support, obey, and defend the Constitution of the United States and the Constitution of this Commonwealth, and that I will discharge the duties of my office with fidelity.*

_____
Judge of Common Pleas

SEP 12 2000

_____
Date



**ARMY/ACE REGISTRY TRANSCRIPT SYSTEM**



**ISSUED: 5/3/2007**                    *** PERSONAL WEB TRANSCRIPT ***

Name: **BURNO LAMAR BERNARD**
Rank: **PRIVATE FIRST CLASS, E3**
Status: **Inactive**

**AARTS ID: 2007-WB004306**

| Military Course Completions |
|---|

**Course: BASIC TRAINING**                    **ACE EXHIBIT: AR-2201-0399**

(RECRUIT TRAINING)

Description: UPON COMPLETION OF THE COURSE, THE RECRUIT WILL BE ABLE TO DEMONSTRATE GENERAL KNOWLEDGE OF MILITARY ORGANIZATION AND CULTURE, MASTERY OF INDIVIDUAL AND GROUP COMBAT SKILLS INCLUDING MARKSMANSHIP AND FIRST AID, ACHIEVEMENT OF MINIMAL PHYSICAL CONDITIONING STANDARDS, AND APPLICATION OF BASIC SAFETY AND LIVING SKILLS IN AN OUTDOOR ENVIRONMENT. INSTRUCTION INCLUDES LECTURES, DEMONSTRATIONS, AND PERFORMANCE EXERCISES IN BASIC MILITARY CULTURE/SUBJECTS INCLUDING MARKSMANSHIP, PHYSICAL CONDITIONING, FIRST AID AND OUTDOOR ADAPTATION/LIVING SKILLS.

Recommendation: IN THE LOWER DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 1 SEMESTER HOUR IN PERSONAL PHYSICAL CONDITIONING, 1 IN OUTDOOR SKILLS PRACTICUM, 1 IN MARKSMANSHIP, AND 1 IN FIRST AID.

Course Title: Light Weapons Infantryman Light Weapons Infantryman Phase 1, Phase 2, Prior Service                    ACE Exhibit: AR-2201-0310

Location: US ARMY TRAINING CENTER at FT BENNING, GA                    Army Course Number: 11B10-OSUT

From: 10/21/1991                    To: 01/31/1992

Description: TO PREPARE PERSONNEL FOR INFANTRY UNITS. LECTURES, DEMONSTRATIONS, AND PRACTICAL EXERCISES COVER DISCIPLINE, MOTIVATION, AND PHYSICAL FITNESS. THIS COURSE IS OFFERED IN A 12-13 WEEK LONG PRESENTATION OR IN SPLIT TRAINING WHERE COURSE IS CONDUCTED AS TWO 6-7 WEEK LONG PHASES. THIS COURSE INCLUDES AN 8-9 WEEK LONG BASIC TRAINING COMPONENT.

Recommendations: CREDIT IS NOT RECOMMENDED BECAUSE OF THE MILITARY-SPECIFIC NATURE OF THE COURSE.

Course Title: Basic Military Internment/Resettlement Specialist Reclassification Military Police Reclassification                    ACE Exhibit: AR-1728-0124

Location: US ARMY TRAINING CENTER at FT LEONARD WOOD, MO                    Army Course Number: 830-95B10

From: 05/14/2001                    To: 07/13/2001

Description: UPON COMPLETION OF THE COURSE, THE STUDENT WILL PERFORM PRISONER ADMINISTRATION AND SERVICES; EXERCISE SECURITY AND CONTROL; MOVE PRISONERS; DISCUSS CONTEMPORARY ISSUES IN CONFINEMENT FACILITIES, AND APPLY KNOWLEDGE OF LAW

ENFORCEMENT OPERATIONS TO PATROL PROCEDURES, TRAFFIC ENFORCEMENT, FIRST RESPONDER INVESTIGATIONS, AND SPECIAL OPERATIONS TO CONFORM TO CONSTITUTIONAL STANDARDS. LECTURES AND PRACTICAL EXERCISES COVER INTRODUCTORY METHODS OF LAW ENFORCEMENT OPERATIONS AND USE A MOCK CONFINEMENT FACILITY TO INTRODUCE CORRECTIONS SUBJECTS AND PROCEDURES.

Recommendations: IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 3 SEMESTER HOURS IN INTRODUCTION TO CORRECTIONS OR 3 IN LAW ENFORCEMENT.

| Test Scores |
| --- |
| NONE |

| Military Experience |
| --- |

| Military Occupational Specialties Held: | 11B10 | Primary | From: 03/1992 | To: 07/2001 |
| --- | --- | --- | --- | --- |
| | 11B10 | Duty | | |
| | 11B40 | Duty | | |
| | 11B10 | Secondary | | |

**Military Occupational Specialty Group 11B**

**Title: INFANTRYMAN**

ACE Guide Number
MOS 11B-004

SQT (Thru Oct 1991)/SDT (Nov 1991 thru Feb 1995) Taken: None

Description of 11B10: USES INDIVIDUAL INFANTRY WEAPONS; LAYS FIELD WIRE; PERFORMS BASIC COMMUNICATIONS FUNCTIONS AND OPERATES COMMUNICATION EQUIPMENT; UTILIZES CAMOUFLAGE TO CONCEAL WEAPONS AND PERSONNEL; CONSTRUCTS MINOR FORTIFICATIONS; PERFORMS LAND NAVIGATION; PERFORMS PREVENTIVE MAINTENANCE ON WEAPONS, EQUIPMENT, AND SOME VEHICLES; MAKES VERBAL REPORTS; ADMINISTERS FIRST AID; OPERATES WHEELED VEHICLES TO TRANSPORT PERSONNEL, SUPPLIES, AND EQUIPMENT.

ACE Credit Recommendation for 11B10: IN THE VOCATIONAL CERTIFICATE CATEGORY, 3 SEMESTER HOURS IN MECHANICAL MAINTENANCE. IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 1 SEMESTER HOUR IN MAP READING, 1 IN FIRST AID, AND CREDIT IN SURVEYING ON THE BASIS OF INSTITUTIONAL EVALUATION (10/83).

**Military Occupational Specialty Group 11B**

**Title: Infantryman**

ACE Guide Number
MOS 11B-005

SQT (Thru Oct 1991)/SDT (Nov 1991 thru Feb 1995) Taken: None

Description of 11B40: USES INDIVIDUAL INFANTRY WEAPONS; LAYS FIELD WIRE; PERFORMS BASIC COMMUNICATIONS FUNCTIONS AND OPERATES COMMUNICATION EQUIPMENT; UTILIZES CAMOUFLAGE TO CONCEAL WEAPONS AND PERSONNEL; CONSTRUCTS MINOR FORTIFICATIONS; PERFORMS LAND NAVIGATION; PERFORMS PREVENTIVE MAINTENANCE ON WEAPONS, EQUIPMENT, AND SOME VEHICLES; MAKES VERBAL REPORTS; ADMINISTERS FIRST AID; OPERATES WHEELED VEHICLES TO TRANSPORT PERSONNEL, SUPPLIES, AND EQUIPMENT. SERVES AS A TEAM LEADER, DIRECTING DEPLOYMENT AND EMPLOYMENT OF PERSONNEL; SUPERVISES MAINTENANCE AND CONSTRUCTION ACTIVITIES; READS, INTERPRETS, AND COLLECTS INTELLIGENCE INFORMATION; DISTRIBUTES ADMINISTRATIVE AND TRAINING DOCUMENTS; TRAINS SUBORDINATE PERSONNEL. AS A FIRST-LINE SUPERVISOR, DIRECTS THE UTILIZATION OF PERSONNEL AND EQUIPMENT; COORDINATES UNIT ACTIONS WITH ADJACENT AND SUPPORTING ELEMENTS; INSURES PROPER COLLECTION AND REPORTING OF INTELLIGENCE DATA. SUPERVISES AND TRAINS PERSONNEL IN INFANTRY OPERATIONS AND INTELLIGENCE ACTIVITIES; ASSISTS IN PLANNING, ORGANIZING, DIRECTING, SUPERVISING, TRAINING, COORDINATING, AND REPORTING ACTIVITIES OF SUBORDINATE UNITS; SUPERVISES RECEIPT, STORAGE, AND DISTRIBUTION OF SUPPLIES, EQUIPMENT, AND FOOD TO SUBORDINATE UNITS; PROVIDES ORAL AND WRITTEN REPORTS; ASSISTS IN PRODUCTION AND ADMINISTRATION OF STAFF JOURNALS, FILES, RECORDS, AND REPORTS.

ACE Credit Recommendation for 11B40: IN THE VOCATIONAL CERTIFICATE CATEGORY, 3 SEMESTER HOURS IN MECHANICAL MAINTENANCE. IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 2 SEMESTER HOURS IN MAP READING, 1 IN FIRST AID, 3 IN RECORD KEEPING, 3 IN PERSONNEL SUPERVISION, 3 IN HUMAN RELATIONS, 3 IN PRINCIPLES OF INSTRUCTION, AND CREDIT IN SURVEYING ON THE BASIS OF INSTITUTIONAL EVALUATION. IN THE UPPER-DIVISION

BACCALAUREATE CATEGORY, 3 SEMESTER HOURS FOR FIELD EXPERIENCE IN MANAGEMENT.

| Military Occupational Specialties Held: | 95B10 | Primary | From: 08/2001 | To: 01/2004 |
|---|---|---|---|---|
| | 95B10 | Duty | | |

Military Occupational Specialty Group 95B

Title: Military Police

ACE Guide Number

MOS 95B-004

SQT (Thru Oct 1991)/SDT (Nov 1991 thru Feb 1995) Taken: None

Description of 95B10: ENFORCES TRAFFIC REGULATIONS AND LAW AND ORDER; EXERCISES MILITARY CONTROL AND DISCIPLINE AND GUARDS PRISONERS OF WAR; RESPONSIBLE FOR TRAFFIC ACCIDENT INVESTIGATION; PROVIDES PHYSICAL SECURITY FOR DESIGNATED INDIVIDUALS, INSTALLATIONS, FACILITIES, AND EQUIPMENT; MAINTAINS TRAFFIC CONTROL AND ENFORCES TRAFFIC REGULATIONS AND SAFETY; PARTICIPATES IN CIVIL DISTURBANCES AND RIOT CONTROL OPERATIONS; RESPONSIBLE FOR LAW ENFORCEMENT INVESTIGATIONS; PERFORMS FOOT AND MOTORIZED PATROL AND APPLIES CRIME PREVENTION MEASURES; PREPARES MILITARY POLICE REPORTS INCLUDING SWORN STATEMENTS AND PROCESSES EVIDENCE.

ACE Credit Recommendation for 95B10: IN THE LOWER-DIVISION BACCALAUREATE/ASSOCIATE DEGREE CATEGORY, 3 SEMESTER HOURS IN PATROL OPERATIONS. (NOTE: THIS RECOMMENDATION FOR SKILL LEVEL 10 IS VALID FOR THE DATES 3/86-9/91 ONLY). (NOTE: THIS RECOMMENDATION FOR SKILL LEVEL 10 IS VALID FOR THE DATES 3/86-9/91 ONLY).

Special Qualification Identifiers: None

Additional Skill Identifiers: None

| Other Learning Experience |
|---|
| THIS SECTION PROVIDES THE ACADEMIC AND BUSINESS COMMUNITIES WITH A RECORD OF THE SOLDIER'S LEARNING EXPERIENCES. COURSES LISTED MAY FALL INTO ONE OF THE FOLLOWING CATEGORIES: THOSE THAT ACE WILL NEVER EVALUATE FOR COLLEGE CREDIT, THOSE THAT ARE PENDING EVALUATION, AND THOSE THAT ARE EVALUATED BUT ARE NOT CURRENTLY COMPUTER COMPATIBLE. EVENTUALLY MOST OF THE LEARNING EXPERIENCES IN THE SECOND AND THIRD CATEGORIES WILL BE INCLUDED IN THE MAIN BODY OF THE TRANSCRIPT. WE RECOMMEND REVIEW OF THE LISTINGS WITH THE SOLDIER TO DETERMINE THE APPROPRIATENESS OF THE EXPERIENCES TO THE SOLDIER'S PROGRAM OF STUDY OR EMPLOYMENT. |

None

**\*\*\* FOR OFFICIAL USE ONLY – PRIVACY ACT DATA  \*\*\***

**A3MP**

**AUTOMATED DA FORM 5256-R**

**INDIVIDUAL TRAINING RECORD**                    **13 Jul 01**

| 1. TYPE OF TRAINING:  MP OSUT | | | MOS:   31B | |
|---|---|---|---|---|
| 2. NAME:<br>BURNO, Lamar | 3. Rank<br>PFC | 4. SSN:<br>215-783-0180 | 5. ORGANIZATION:<br>D/795th MP BN | 5. INSTALLATION:<br>Ft Leonard Wood, MO |

| 6. | RECYCLE:<br>FIRST    :<br>SECOND: | UNIT | TRAINING<br>DATE<br>/   / | WEEK | LEGEND<br>GO – Completed required Training<br>NO-GO – Did not meet standard<br>– – Did not attempt/complete |
|---|---|---|---|---|---|

## BT  (PH I-III)

| SUBJECT | DATE | SCORE | SUBJECT | DATE | SCORE |
|---|---|---|---|---|---|
| D&C (1-7) | 17 May 01 | GO | Army Values | 14 May 01 | GO |
| Map Reading | 20 May 01 | GO | First Aid (1-8) | 28 May01 | GO |
| Hand Grenades | 17 Jun 01 | GO | US Weapons | 24 Jun 01 | GO |
| RBFT (1-5) | 19 Jun 01 | GO | BRM (1-14) | 3 Jun 01 | GO |
| NBC (1-2) | 24 Jun 01 | – – | BTT (1-5) | 18 Jun 01 | GO |
| APFT (1-3) | 06 Jun 01 | GO | Basic Military Commo | 26 May 01 | GO |
| Inspection (1-2) | 08 Jun 01 | GO | Adv Commo | 26 Jun 05 | GO |
| Confidence Tower | 30 May 01 | GO | Footmarch (1-4) | 17 Jun 01 | G0 |
| ARM (1-4) | 29 May 01 | GO | FTX III | 11 Jun 01 | GO |
| MUDF (1-2) | 18 Jun 01 | GO | PECS | 24 May 01 | GO |
|  |  |  |  |  |  |
| EOCT | 7 Jul 01 | GO | Warrior Tower | 27 Jun 01 | GO |
| M249 | 2 Jul 01 | GO | Team Development Course | 8 Jul 01 | GO |
| MK-19 | 08 Jun 01 | GO |  |  |  |

## 31B TASKS (PH IV)

| SUBJECT | DATE | SCORE | SUBJECT | DATE | SCORE |
|---|---|---|---|---|---|
| Impact (1-2) | 5 Jun 01 | GO | LAW | 16 Jun 01 | GO |
| USD (1) | 6 Jun 01 | GO | Interviews and Interrogation | 17 Jun 01 | GO |
| Reports and Forms (3975) | 7 Jun 01 | GO | Evidence | 17 Jun 01 | GO |
| Patrol Incidents | 7 Jun 01 | GO | Hand and Arm Signals | 18 Jun 01 | GO |
| Law and Order | 8 Jun 01 | GO | Searches | 21 Jun 01 | GO |
| Land Nav. | 9 Jun 01 | GO | Phase IV APFT | 24 Jun 01 | GO |
| LE EOCCT | 10 Jun 01 | GO |  |  |  |

## PH V TASKS

| SUBJECT | DATE | SCORE | SUBJECT | DATE | SCORE |
|---|---|---|---|---|---|
| TVT | 22 Jun 01 | GO | MOUT | 29 Jun 01 | GO |
| 9MM | 24 Jun 01 | GO | EOCCT | 26 Jun 01 | GO |
| MMSO | 28 Jun 01 | GO | Phase V APFT | 7 Jul 01 | GO |
| EPW | 29 Jun 01 | GO | PH V FTX (96hrs) | 2 Jul 01 | GO |
| CD | 1 Jul 01 | GO |  |  |  |

7.   **COMMENTS**

THIS SOLDIER RECEIVED **4 HOURS** OF CONTINUOUS MOPP 4 TRAINING.          YES <u>X</u>___  NO _____

THIS SOLDIER THREW A LIVE HAND GRENADE:          YES <u>X</u>___  NO _____

THIS SOLDIER COMPLETED A 72 HOUR FTX:          YES <u>X</u>___  NO _____

THIS SOLDIER HAS MET MINIMUM REQUIREMENTS DURING PHASE V FTX:     YES <u>X</u>___  NO _____

SOLDIER ABOVE **HAS NOT** COMPLETED ALL TRAINING REQUIREMENTS FOR MP OSUT TRAINING.

<u>**SIGNATURE OF COMMANDER OR TRAINING OFFICER**</u>

Robert E. Bailey III
SSG, MP
Operations Sergeant

# DEPARTMENT OF THE ARMY



**UNITED STATES ARMY MILITARY POLICE SCHOOL**

*Diploma*

*To all who shall see these presents greeting*
*Be it known that*

**LAMAR B. BURNO**

*having successfully fulfilled the requirements*
*of the course of instruction in the*

**MILITARY POLICE  830-95B10**
**CLASS 011-01, 14 MAY 2001 - 13 JULY 2001**

*and having achieved the prescribed grade, has been declared a Graduate.*
*In testimony whereof, and by the authority vested in us, we do confer this Diploma.*
*Given at Fort Leonard Wood, Missouri, this* 13th *day of* JULY *, 2001*



*Stephen Curry*

STEPHEN J. CURRY
Brigadier General, USA
Commandant

FLW Form 1451 (June 99)



# Honorable Discharge

### from the Armed Forces of the United States of America

*This is to certify that*

LAMAR  BERNARD  BURNO     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     PFC     USAR

*was Honorably Discharged from the*

# United States Army

*on the* 4TH *day of* FEBRUARY 2004 *This certificate is awarded*

*as a testimonial of Honest and Faithful Service*

*Debra A. Cook*

DEBRA A. COOK
COL, MS
COMMANDING

DD FORM NO. 256A 1 MAY 50

**FDLE**
Florida Department of
Law Enforcement

# EQUIVALENCY OF TRAINING

Incorporated by Reference in Rules
11B-27.002(3)(a)11., 11B-30.006(2)(b), and 11B-35.009(5), F.A.C.


CJSTC
76

Please type or print in black or blue ink and use capital and small letters to write names, addresses, and titles

| OFFICIAL CJSTC USE ONLY: | | | |
|---|---|---|---|
| Exemption Granted: 8/3/2012 | Denial: | Processing Date: 8/3/2012 | Signature: ATMS |

1. Applicant's Name: Burno, Lamar Bernard
2. Applicant's Home Address: 1512 W. Church Road    City: Wyncote    State: PA    Zip Code: 19095
3. Social Security Number: 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    4. Applicant's Home Telephone: (215) 572-6260
5. Agency or Selection Center: Lake County C J Selection Center    6. Agency ORI: FLSEL0010
7. Agency or Selection Center Mailing Address: 1565 Lane Park Cut-Off City: Tavares State: FL Zip Code: 32778
8. Telephone Number: (352) 742-6463    Ext. 232    Contact Person: **Michelle Padde**
9. Enter "X" by type of certification that applicant is seeking. If seeking certification in more than one discipline, complete a form for each discipline.

☑ Law Enforcement    ☐ Corrections    ☐ Correctional Probation

10. Does the applicant have one year of full-time sworn criminal justice work experience in the discipline as marked item #9?    Yes ☑    No ☐

11. Enter "X" to indicate the officer's status:    Inactive Florida Officer ☐    Out-of-State Officer ☑    Federal Officer ☐

12. Prior Criminal Justice Employment(s)

Agency Name: Philadelphia Board of Education    Position Title: School Police Officer
Agency Address: 400 N. Broad Street    Starting Date: 09/01/1996 Ending Date: 06/30/2006
Philadelphia, PA 19106    Agency Telephone Number: 267-251-4867

Agency Name: _____    Position Title: _____
Agency Address: _____    Starting Date: _____ Ending Date: _____
_____    Agency Telephone Number: _____

NOTE: Ending date of last employment shall have been within eight years prior to the date this form is completed.

13. After reviewing the applicant's out-of-state, or federal officer training record, check the topic area(s) that were successfully completed in the discipline for which the applicant is seeking certification. In addition to basic recruit training, the applicant may claim in-service or continuing officer training courses that were successfully completed. NOTE: If all blocks are not checked, the applicant is required to complete a Basic Recruit Training Program.

**Florida CMS Law Enforcement**
Comparable Training Pursuant to 11B-35.009(3), F.A.C.

☑ Law Enforcement Constitutional Law and Legal Issues
☑ Report Writing
☑ Interpersonal Skills
☑ Firearms
☑ Defensive Tactics
☑ First Aid or Equivalent
☑ Vehicle Operations
☑ Law Enforcement Patrol
☑ Criminal Investigations
☑ Traffic Crash Investigations
☑ Traffic Control and Stops
☑ Crisis Intervention

**Correctional Comparable Training**
Pursuant to 11B-35.009(3), F.A.C.

☐ Correctional Legal Issues
☐ Report Writing
☐ Interpersonal Skills
☐ Firearms
☐ Defensive Tactics
☐ First Aid or Equivalent
☐ Correctional Operations

**Florida CPO Comparable Training**
Pursuant to 11B-35.009(3), F.A.C.

☐ CPO Legal Issues
☐ Report Writing
☐ Interpersonal Skills
☐ Firearms Familiarization
☐ Defensive Tactics
☐ First Aid or Equivalent
☐ Probationer Supervision
☐ Caseload Management
☐ Information Systems Management

I hereby acknowledge that the above information is true and was verified by me upon examination of supporting documentation on file at the employing agency's selection center. I also acknowledge that the documentation is subject to verification by the Criminal Justice Standards and Training Commission.

14. Agency Administrator or Selection Center Director's Signature

15. Date Signed    August 3, 2012

Created 1/11/1992

Form Effective Date: 6/9/2008

# Lake Technical Center
## Institute of Public Safety

This certifies that

## Lamar B. Burno

having satisfactorily completed all requirements as prescribed by the Department of Education
for the State of Florida and the Lake Technical Center Charter Board of Lake County, Florida for

### Law Enforcement Officer Proficiency Course
### Class # 15-12-214-05

this 15th day of November, 2012, is therefore awarded this
### CERTIFICATE OF COMPLETION

_____
Criminal Justice Academy Director

Diaw W. Culpepper
Lake Technical Center Director





# Lake County Criminal Justice Selection Center
http://www.laketech.org/ips/

Phone: 352-742-6463
Fax:   352-742-6466
Email: michelle.pedde@lcso.org

Institute of Public Safety
1565 Lane Park Cutoff Rd
Tavares, FL 32778

**TO:  Lamar Bernard Burno**                            **August 3, 2012**

### NOTIFICATION OF ACCEPTANCE
### EQUIVALENCY-OF-TRAINING PROGRAM

Thank you for your recent request for an equivalency-of-training evaluation. You have been approved for an equivalency-of-training in accordance with Section 943.131(2), F.S. and Rule 11B-35.009, F.A.C. While you are exempt from basic training, you must demonstrate high-liability proficiency skills at a Commission-approved criminal justice training school taught by a Commission-approved criminal justice instructor. The hours required for the high-liability demonstration skills course is at the discretion of a training center director. The high-liability demonstration skills course will be entered into the Automated Training Management System (ATMS) by the training school under the course code number that is listed below.

**Law Enforcement:** Demonstrate proficiency in the high-liability areas at a Commission-approved criminal justice training school taught by a Commission-approved criminal justice instructor, and achieve a passing score on the State Officer Certification Examination. (ATMS LEO Proficiency course code 214)

**Correctional:** Demonstrate proficiency in the high-liability areas at a Commission-approved criminal justice training school taught by a Commission-approved criminal justice instructor, and achieve a passing score on the State Officer Certification Examination. (ATMS CO Proficiency course code 514)

**Correctional Probation:** Demonstrate proficiency in the high-liability areas at a Commission-approved criminal justice training school taught by a Commission-approved criminal justice instructor, and achieve a passing score on the State Officer Examination (ATMS CPO Proficiency course code 614)

An officer must demonstrate proficiency in the high-liability areas and pass the State Officer Certification Examination **within one year** from the date of receipt of this approval letter and the attached Equivalency-of-Training form CJSTC-76, revised 5/06/04, or the officer will be required to take the full basic recruit training program in the respective discipline.

Officers who are temporarily employed or appointed pursuant to Section 943.131(1), F.S. must complete firearms training prior to employment. The employing agency must register this officer online using ATMS and must maintain all documentation on file for inspection by the Field Specialist, along with a copy of the Equivalency-of-Training (CJST-76) upon appointment of the officer.

### IMPORTANT NOTICE TO APPLICANT

You must sign and return a copy of this authorization to the Lake County Justice Selection Center. You will not be authorized to continue the process and be eligible for the Equivalency-of-Training course until this signed copy is received in our office and the date of receipt is entered into the ATMS database.

_Lamar B Burno_
Signature

_8/6/12_
Date

Quest Software Archive Manager : View Message                                  Page 1 of 2

| Reply | Reply To All | Forward | Send To Me | View Images | Print | Prev | Next |

### Email

**From:** Delibro, Chris                                          **Sent:** 11/14/2012 1:49:10 PM
**To:** Lauren Bley
**CC:** Lemonovich, Doris (LemonovichD@lake.k12.fl.us) ; JC Brock
**Subject:** RE: EOT Students

Message    Comment

Lauren,

Thank you for the info!! We're glad you could help them. Have a blessed Thanksgiving!!

**From:** Lauren Bley [mailto:bley.lauren@spcollege.edu]
**Sent:** Wednesday, November 14, 2012 12:20 PM
**To:** Delibro, Chris
**CC:** JC Brock
**Subject:** EOT Students

Good Afternoon,

I am the EOT Coordinator at St. Pete College and I wanted to confirm that we had 2 students complete the Firearms course this past weekend with our current EOT class, Felix Rodriguez and Lamar Burno. The students had come to us saying they failed Firearms at your training center and after confirming that in ATMS and with your training center and talking to FDLE, we allowed them to do the training November 9-10, 2012. We sent them with their proficiency evaluations for firearms to turn in to you all to complete them in ATMS. Please let me know if you need anything else from us to help thes students complete their EOT process.

Thanks,

Lauren D. Bley
CJ Academy Coordinator
Southeastern Public Safety Institute – SEPSI

Quest Software Archive Manager : View Message                          Page 1 of 2

⋮    <u>Reply</u>    <u>Reply To All</u>    <u>Forward</u>    <u>Send To Me</u>    <u>View Images</u>    <u>Print</u>    <u>Prev</u>    <u>Next</u>  ⋮

## ·  Email

| | | | |
|---|---|---|---|
| **From:** | <u>JC Brock</u> | **Sent:** | 11/14/2012 2:02:33 PM |
| **To:** | <u>Lauren Bley</u> | | |
| **Subject:** | Re: EOT Students | | |

Message    Comment

I talked to chris this morning and I think he is good

Sent from my iPhone

On Nov 14, 2012, at 12:14 PM, "Lauren Bley" <<u>bley.lauren@spcollege.edu</u>> wrote:

JC,

We had 2 EOT students complete the Firearms training with the current EOT class who has failed firearms at the Lake Tech training center. We sent them with their proficiency sheets proving that they completed the course but they called today saying that Lake Tech is giving them a hard time. I am going to email Chris Delibro, the Director just to let him know that the students did successfully complete the course. I just wanted you to know and I will CC you on the email. Thanks!

Lauren D. Bley
CJ Academy Coordinator
Southeastern Public Safety Institute – SEPSI
St. Petersburg College, Allstate Center
Phone: 727-341-4492
Fax: 727-499-4687
<u>Bley.lauren@spcollege.edu</u>
<u>www.spcollege.edu</u>

# LAKETE☼H




*Arts, AV Technology & Communication*
Digital Design 1 & 2

*Business Management & Administration*
Accounting Operations
Administrative Office Specialist

*Education & Training*
Child Care Center Operations
Early Childhood Edu. Apprenticeship

*Health Science*
Home Health Aide
Emergency Medical Technician
Medical Assisting
Nursing Assistant (Articulated)
Paramedic
Patient Care Technician
Phlebotomy
Practical Nursing

*Hospitality & Tourism*
Commercial Foods & Culinary Arts
Comm Foods/Cul Arts Apprenticeship

*Human Services*
Cosmetology
Facials Specialty
Nails Specialty

*Manufacturing*
Applied Welding Technologies

*Transportation, Distribution & Logistics*
Automotive Collision Repair
& Refinishing
Automotive Service Technology 1 & 2
Medium & Heavy Duty Truck & Bus
Technician 1 & 2

*Law, Public Safety & Security*
Correctional Officer
Fire Fighter
Law Enforcement Officer

*Adult Education*
Adult Basic Education (ABE)
Applied Academics for Adult
Education (AAAE)
English for Speakers of Other
Languages (ESOL)
General Educational Development (GED)

Some programs are approved for VA.
Eligible veterans may be certified through
the Financial Aid Office. Financial aid may
be available for those who qualify.

Lake Tech is accredited by the Commission
of the Council on Occupational Education
and the Southern Association of Colleges
and Schools Council on Accreditation and
School Improvement.

No person shall, on the basis of race, color,
creed, religion, sex, age, handicap, marital
status, or national origin, be excluded from
participation in, be denied the benefits of,
or be subjected to discrimination under
any educational program or activity under
the direction of Lake Technical Charter
Board. Lake Technical Center is an Equal
Opportunity Institution.

*Fees subject to
change without notice.*

## LAW ENFORCEMENT / 80 HOUR EOT
## FCMS COMPARATIVE COMPLIANCE / REVIEW COURSE
### For Florida Re-Certifications & Out-Of-State Officers

August 13–23, 2012; Registration Deadline:  July 27, 2012*
September 10–20, 2012; Registration Deadline:  August 24, 2012*
October 29, 2012 – November 8, 2012;   Registration Deadline: October 12, 2012*

**Registration Fee:** $910.00**
**Book Fee** *(including tax)*: $9.63**
**Book Shipping Fee:** $12.00**

*An additional fee is required when applying to take the Florida State Officer Certification Exam. For detailed information concerning the exam process and pricing, refer to the FDLE website at www.fdle.state.fl.us*

### *REGISTRATION INFORMATION\*\*\*:*

- This class is only available to those individuals who have been approved for the Equivalency of Training and have been issued the CJSTC Form 76.
- Registration hours are from 8:00 a.m. - 4:00 p.m., Monday through Friday.
- Report to the Institute of Public Safety, 1565 Lane Park Cutoff Road, Tavares, to register and pay your fees. Registration will be on a first come/first pay basis. *Registration by mail is also available.*
- Applicants are not considered registered until all fees are paid and all paperwork is complete and submitted. *(Including Course Registration, Domestic Violence Affidavit, and Liability Waiver & Release)*
- Course Objectives will be received at the time of registration.

### *ADDITIONAL INFORMATION (PLEASE READ CAREFULLY)*

- Upon collection, verification, and authentication of documentation, which establishes that you meet the training and experience requirements, a criminal justice employing agency or an assessment center must submit a completed Equivalency of Training CJSTC Form 76 to the FDLE for approval. *(The applicant does not complete the CJSTC-76 form)* You may contact the Lake County Criminal Justice Selection Center at (352) 742-6463 for assessment information.
- A valid Driver's License will be required for all applicants.
- Veterans Benefits: Eligible veterans may be certified for VA benefits through the Financial Aid Office.
- Course runs Monday – Friday, hours vary.
- Dress code for the classroom portion should be casual clothing (polo-style or button-up shirt with casual slacks or jeans), t-shirt and sweat pants for defensive tactics, t-shirt and pants (BDU's and jeans are acceptable) for firearms.
- Bring 4 belt keepers and eye and ear protection for shooting.
- School supplies the weapon (.40 cal Glock) and ammo.



*\*Scheduled dates are tentative and subject to change*
*\*\*All fees are subject to change*
*\*\*\*Cancellation procedure: Students who are registered will be notified of any cancellations two weeks before the class is scheduled to begin. No refunds will be made if the class runs.*

Main Campus: 2001 Kurt Street, Eustis, Florida 32726 ＞ 352.589.2250 ＞ www.laketech.org
Institute of Public Safety: 1565 Lane Park Cut-Off, Tavares, FL 32778 ＞ 352.742.6463 ＞ www.laketech.org/ips

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA

CASE NO. 2013-CF-1432

STATE OF FLORIDA

v.

LAMAR B. BURNO,

        Defendant

_____/

### ORDER DENYING DEFENDANT'S REQUEST

THIS CAUSE having come before this Court on the Defendant's request to receive an official copy of the "Notes of Testimony" for this case, and the Court, having considered the request and the Court file, is not aware of the existence of "Notes of Testimony" in this case.

It is therefore, ORDERED AND ADJUDGED that the Defendant's request to receive an official copy of the "Notes of Testimony" is **DENIED**.

DONE AND ORDERED at the Lake County Judicial Center, Tavares, Lake County, Florida, this 29th day of June, 2016.

MARK A. NACKE, CIRCUIT JUDGE

Copies to:

Office of the State Attorney
Tavares, Florida

Lamar Burno
800 James Street
Elizabethtown, North Carolina 28337

1

Phone: 352-343-3791
Fax:    352-253-4535

Office Hours: 8:30-5:00
Monday through Friday

## EMPLOYMENT VERIFICATION

| NAME | SSN | DOB |
|------|-----|-----|
| Lamar Bernard Burno | 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 | 02/11/1973 |

The above named person has applied for the Equivalency of Training in Law Enforcement, which transfers the experience and training he/she received from one or more city/county/state/federal agency(s) to the state of Florida. Part of the requirements to achieve this transfer is to show **full-time** employment, **sworn** with the **powers of arrest** and to **carry a firearm** with a Law Enforcement agency for **one full year**, 40 hours per week, _**not**_ to include academy time. The applicant has stated that he/she was employed by your agency, the **Philadelphia Board of Education** as a full time Law Enforcement Officer from **??/??/1996** to **??/??/2006**.

We are required to verify this applicant's statement of employment before he/she may attend a required training course. Due to the fact applicants cannot be considered for training until our investigation is complete, your prompt attention is appreciated.

## Applicant is/was employed:     ☐ ☐ Full Time    ☐ ☐ Part Time

| _Exact_ dates of employment _not to include academy time_: From (mm/dd/yyyy) / To (mm/dd/yyyy) | Position |
|---|---|
| 09/01/1996 to 06/30/2006 | School Police Officer |

| Signature and Title Printed Name of Respondent | Date Signed |
|---|---|
| Robert manning, Ph.D., Principal | August 3 , 2012 |

**Created by Chapter 89-521, Laws of Florida**





**DEPARTMENT OF THE ARMY**
U S ARMY MILITARY POLICE SCHOOL
FORT LEONARD WOOD, MISSOURI 65473-8926

REPLY TO
ATTENTION OF

4 March 2013

Individual Training and Education Development Division

Lake County Public Safety Institute
ATTN: Lt DeLibro
1565 Lane Park Cutoff
Travares, FL 32778

Dear Lt DiLibro,

The United States Army Military Police School's Individual Training and Education Development Division has confirmed Mr. Lamar Bruno's attendance in the Basic Military Police Course. This training was verified by ATRRS. The enclosed POI covers the instruction he received.

Point of contact is SSG Perez, (573) 596-2530, or email thomas.perez4.mil@mail.mil.

Sincerely,

MICHAEL R. THOMAS
COL, MP
Director of Training and Education

Enclosures
1 ATRRS Training Request form
2 Basic Military Police Course POI

**From:** FDLE Comments
**Sent:** Monday, December 03, 2012 10:08 AM
**To:** Professionalism Feedback
**Subject:** FW: Comment from internet site user

Please review and respond as you deem appropriate.

**From:** Anonymoususer@fdle.state.fl.us [mailto:Anonymoususer@fdle.state.fl.us]
**Sent:** Saturday, December 01, 2012 4:47 PM
**To:** FDLE Comments
**Subject:** Comment from internet site user

WebSiteCommentsID: 2551

Your Email Address: ministerloveroree@yahoo.com

Your Name: Lamont Burno

Your Phone Number: 2672781875

Your Address / City / State / Zip: 1512 W. Church Rd.

Comments: To whom it may concern, It has been brought to my attention that a recent recruit of SEPSI named Lamar Bernard Burno has recently "Passed" the tests given & have received a certificate from Lake Technical Center for public safety completion. I've read all of the requirements that were necessary to enter into the program. I hereby acknowledge that Lamar B. Burno SSN: 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 has NOT completed a full tour of military training & has NOT graduated from ANY college. Lamar has obtained the same FAKE degrees from "Youngsfield University" as Floridas current Chief of Police. I totally understand his hype into wanting to become a police officer/ state trooper, but I would also feel comfortable knowing (1) that Florida or any other law enforcement agency has fully investigated the backgrounds of their proposed employees (2) that the person carrying a gun/ firearm did so WITHOUT falsifying or fabricating documentation. Lamar has a terrible anger management problem, but would lie at all cost to be a law enforcement official. Lamar has also been convicted of (1) Simple Assault in Pa. (2) carrying a concealed weapon on casino property - NJ in which he was arrested & received probation. It is with my EVERY regard that this situation is NOT handled lightly. If this is NOT the correct authority to present this issue to please forward this email to the correct office. I think this is TOTALLY unfair to an individual who has better qualifications to be an officer of law.

Form inserted: 12/1/2012 4:47:28 PM

Begin forwarded message:

> From: Lamar Burno <headbodyguard@yahoo.com>
> Date: August 19, 2013 at 5:53:35 PM EDT
> To: Jaimie Washo <jaimie@largeylaw.org>
> Subject: Re: Lamar Burno
> Reply-To: Lamar Burno <headbodyguard@yahoo.com>
>
>      Lauren from SEPSI said that she would help out anyway
she could. She is the coordinator from SEPSI, the other selection
center that I attended for my firearms certification. She called
Lake Tech and verified ALL my information. I was
APPROVED by FDLE and Lake Tech! Lauren can be reached at
727-341-4492 (Witness 1). Lauren sent me the info that I was
approved in Florida's ATMS system. My former Principal also
lives in Florida. Her name is Frances Heinze (Witness 2). She
can be reached at 267-251-4857. She will verify that I was a
school police officer as well and she wrote me a letter saying so.
I don't know a Deborah Heinze. If Mr. Dwyer thought it was
fraudulent, why didn't he file charges? Bob Manning (Witness
3)can be reached at 215-872-8011. Mr Manning is the Principal
who verified my employment with Michelle Pedde for the
course. Felix Rodriguez was a classmate in the course who was
also mistreated. He's the one who turned in my firearms passing
scores. He said Lt DeLibro was very upset by us attending
another training center. Felix Rodriguez (Witness 4)can be
reached at 407-230-0220.
>      I'm waiting for my paperwork from PSERS (Public School
Employee's Retirement System). This will verify that I paid into
401k as well as my position with the school district. It will say
school police officer. I also have some of my arrest reports that
I've done as a school police officer. They're picking at straws. I
applied with Gulf Coast in 2007. Mr Dwyer said that he need to
speak with an administrator, not a teacher who could verify my
position with the Board. I won my EEOC complaint against
them, so they were hot with me. I didn't know anyone but
teachers at that time.
>
>      I will get you ALL the info NEEDED to win this case.
Thanks so much Attorney Washo. I have my FAITH in God that
HE will guide you in winning this case. It all stems from my
DOJ, OCR and EEOC complaint that I filed against Lake Tech.

Felix Rodriguez III
10468 Laxton St.
Orlando, Fl 32824

March 3, 2014

To whom it may Concern,

I'm writing this letter to inform you that I was available to be subpoena in the case of Mr. Lamar Burno Vs. Lake County. However, I was never contacted by any party regarding the case. If you need any further information from me please feel free to contact me @ 407-765-5671. Thank you

Felix Rodriguez III

March 3, 2014

TO WHOM IT MAY CONCERN:
I, Dr. Robert L. Manning had the opportunity of being
associated with Mr. Lamar Burno. He was a sworn
Philadelphia School Police Officer at one of the schools I
worked at. As a Principal, I have come in contact with
several School Police officers. Mr. Burno performed in his
duties in a professional manner.

I was contacted by Mr. Burno and I stated that I would be
available to provide verification of his employment as a
School Police Officer during his trial date on February 7,
2014. I was never contacted by any attorney.

If further information is needed please contact me at: c-
215-872-8011.

Robert L. Manning,

Ph.D.

Retired Principal
COL. US ARMY,

RETIRED

March 7, 2014

TO WHOM IT MAY CONCERN:

I, Frances Heinze had the pleasure of having Mr. Lamar Burno at my school as a police officer for three years. He was a sworn Philadelphia School Police Officer at Spruance school where I was the Principal. During my tenure, I have come in contact with several School Police officers. Officer Burno always went above and beyond the scope of his duties, which helped my school staff feel more comfortable with him there. He would walk teachers to their vehicles when having an after school event; he assisted the learning disability class with several projects; etc. Officer Burno is an all-around "stand up gentleman".

I was contacted by Mr. Lamar Burno and I stated that I would be available to provide verification of his employment as a School Police Officer during his trial date on February 7, 2014. I was never contacted by any attorney. He told me that they kept saying Deborah Heinze during his trial and he corrected his attorney as to my real name and she didn't listen to him.


If you need any further information, please don't hesitate to contact me at:
267-251-4857.




Frances Heinze
Former Principal

a) Lauren Bley – Southeastern Public Safety Institute, secretary, who would testify that Lake County Public Safety Institute along with Florida Department of Law Enforcement had to verify that all documents were authentic, verified, approved and accepted before I could attend the Law Enforcement Equivalency of Training Course. She would also testify that on 11/9/12, FDLE had me listed as APPROVED in the ATMS System, which would be the ONLY reason that I could attend SEPSI to qualify in the firearms portion of my Equivalency Of Training. She would also testify that she had to contact her Director, Mr. Brock because Lt DeLibro was giving us a hard time in obtaining our certificates. She would clarify that this course was COMPLETED before the alleged DD 214 was submitted to Lake County PSI, which would CLEARLY DISMISS the CHARGE of Uttering a Forged Document, to be GRANTED permission in taking the Equivalency Of Training Course in Lake County, Fl.

b) Colonel Michael R.Thomas – United States Army Training and Education Director, would testify and verify that he sent a certified letter on 3/15/13, to the attention of Lt. Chris DeLibro of Lake County Public Safety Institute that verified my training and certification as a sworn military police officer of The United States Army. As it is stated in my discovery on page #12 of #22 in the case report #130026627

c) Lynn Richardson – 14th Military Police Brigade Secretary would verify that she spoke to Michelle Pedde on 2/25/13,verifying my training and position as a military police officer at Ft. Leonard Wood, MO.

d) Lamont Burno – twin brother of defendant would testify to his reason for  writing an Anonymous letter on FDLE website stating that Lamar NEVER having ANY military police training at all. When in fact it was verified by Lake County Public Safety Institute, Florida Department of Law Enforcement and The United States Army. His letter that he emailed on 12/1/12, was the sole purpose of this case. Lake County PSI officials acted on hearsay and impulse instead of documented facts.

e) Felix Rodriguez – applicant at Lake County Public Safety Institute would testify how when taking our firearms certification paperwork from SEPSI to Lake County PSI, Lt. DeLibro became enraged throwing the papers across the room. Lt DeLibro also stated who gave us permission to attend another selection center and he would have to verify the course of it's legitimacy. We would NOT receive ANY certificate from Lake County until it's verified. Lt DeLibro took this on a PERSONAL level as supposed a regular applicant.

f) Jamie Washo, my attorney failed to have supporting documentation to file a Motion for Dismissal. In fact, she was correct in saying that a DD 214 is NOT a public record or certificate. It can NOT be obtained by ANYONE else besides the soldier; unless it's *been 62 years after their discharge* or the *soldier is deceased*. ONLY the next of kin can request it, but it must be supported with a death certificate.(National Personnel Records Website) During trial I asked my attorney to ask Lt DeLibro about the certified letter he received from Colonel Thomas, regarding my military police training and she said that she can't. She also asked me if I had ANY questions for the people on the stand. I wrote a list of questions and she didn't ask either one. When I saw that she wasn't doing what I asked, I told her to put me on the stand and ask me questions regarding my military training and experience. She DENIED doing so. She did nothing to be effective or assertive during my trial. During the prosecutor's fourth witness, Michael Dwyer brought up The Philadelphia School District. This was an agreement that was made between my attorney and the prosecution NOT to bring it up in trial due to the prosecutor dropping that count. When he brought it up during his testimony on the stand, in the presence of the jury, my attorney should've asked **Honorable Mark Nacke** at that point to declare a mistrial. This went against my Constitutional Rights as to me having a Fair Trial according to the Sixth Amendment.

Lawyer: Which one is that.

Ronald Broomes:     It'd be the one that has a stamp on it. That is - that basically reflects from 1991 to 1992.

Lawyer: Okay. You believe this is a true and accurate copy?

Ronald Broomes:     Yes.

Lawyer: Would you please tell me what box 26 stands for?

Ronald Broomes:     Box 26? It's a separation code.

Lawyer: What does that code mean?

Ronald Broomes:     That means, basically, the reason why you were getting out of the service.

Lawyer: What is the reason of this DD 214 for him to be out of service?

Ronald Broomes:     Let me see. Let me go back. Excuse me.

Lawyer: I believe you wrote in your report is due to pregnancy. Is that correct?

Ronald Broomes:     Yes. That's what I found and that's what it said on the website.

Lawyer: But this is the true and accurate DD 214?

Ronald Broomes:     Yes, it is.

Lawyer: And you would acknowledge that my client's a male?

Ronald Broomes:     That's correct.

Lawyer: So this is obviously not accurate.

Ronald Broomes:     Not accurate but it's what I found on the website. That's why I – you know.

Lawyer: Okay. Also, looking at the same document – I'm sorry I don't remember when it's marked. May I approach, your honor?

Judge: Yes, ma'am.

Ronald Broomes:     Okay, yes.

Lamar Burno
800 James St
Elizabethtown, NC 28337



Retail

UNITED STATES
POSTAL SERVICE®

34475

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ELIZABETHTOWN, NC 28337
JAN 21, 2025

$3.43

S2324K504984-08

U.S. Middle District
Court of Florida
207 NW Second St.
Ocala, FL 34475-6666

SCREENED
By USMS